DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**POINT CONVERSIONS, LLC,**
Appellant,

v.

**WPB HOTEL PARTNERS, LLC,**
Appellee.

No. 4D19-3017

[July 7, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502019CA002264XXXXMB.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellant.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, Matthew R. Chait and Joseph W. Bain of Shutts & Bowen LLP, West Palm Beach, and Garrett A. Tozier of Shutts & Bowen LLP, Tampa, for appellee.

**ON MOTION FOR CERTIFICATION**

PER CURIAM.

We grant appellee's Motion for Certification and certify conflict with *Point Conversions, LLC v. Omkar Hotels, Inc.*, 46 Fla. L. Weekly D1170a, 2021 WL 1996397 (Fla. 1st DCA May 19, 2021).

DAMOORGIAN, CIKLIN, and KLINGENSMITH, JJ., concur.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*

1